UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| ASATA D. LOWE EL, | ) | |
| *Petitioner*, | ) | |
| v. | ) | No. 3:06-cv-435 |
| | ) | (VARLAN/SHIRLEY) |
| WAYNE BRANDON, Warden, et al., | ) | |
| *Respondents*. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the respondent's motion to dismiss is **GRANTED**. The petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED WITHOUT PREJUDICE**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                                        s/ Thomas A. Varlan
                                                        UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

     s/ *Patricia L. McNutt*
         CLERK OF COURT